IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RANDALL SHAWN WHITE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:17-cv-557 |
| | § | JURY TRIAL |
| ASHEVILLE JET CHARTER and | § | |
| MANAGEMENT, INC. *d/b/a/* BIZJET | § | |
| PARTNERS, LLC, and LIBERTY JET | § | |
| MANAGEMENT CORP. | § | |

## PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES

**TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:**

**NOW COMES** Plaintiff, Randall Shawn White, filing this his *Plaintiff's Disclosure of Interested Parties*, and showing unto the Court as follows:

### I.

Plaintiff would hereby disclose the following persons and/or entities having a financial interest in the outcome of this suit:

1. Randall Shawn White
   c/o Amie Augenstein
   Christopher J. Gale
   GALE LAW GROUP, PLLC
   P.O. Box 2591
   Corpus Christi, Texas 78403
   Telephone: (361)808-4444
   Telecopier: (361)242-4139

2. Amie Augenstein
   Christopher J. Gale
   GALE LAW GROUP, PLLC
   P.O. Box 2591
   Corpus Christi, Texas 78403
   Telephone: (361)808-4444
   Telecopier: (361)242-4139

2

**WHEREFORE PREMISES CONSIDERED**, Plaintiff prays that the Court accept and enter his

*Plaintiff's Disclosure of Interested Parties*.

Respectfully submitted,
GALE LAW GROUP, PLLC
711 N. Carancahua St., Suite 514
Corpus Christi, Texas 78401
Mailing Address:
P.O. Box 2591
Corpus Christi, Texas 78403
Phone Number: 361-808-4444
Fax Number: 361-232-4139

BY: */s/ Amie Augenstein*
Amie Augenstein
*Attorney-in-Charge for Plaintiff*
Amie@GaleLawGroup.com
Texas Bar No. 24085184
Southern District Bar No. 2236723

*/s/ Christopher J. Gale*
Christopher J. Gale
*Attorney for Plaintiff*
Chris@GaleLawGroup.com
Texas Bar No. 00793766
Southern District Bar No. 27257

## NOTICE OF ELECTRONIC FILING

The undersigned counsel hereby certifies that he has electronically submitted for filing a true and correct copy of the above and foregoing in accordance with the Electronic Case Files System of the Southern District of Texas on the 11th day of March, 2017.

/s/ *Amie Augenstein*
Amie Augenstein

## CERTIFICATE OF SERVICE

2

I hereby certify that on this the 11th day of March, 2017, a true and correct copy of the foregoing was served upon the below named Defendant and counsel for Defendant by the means indicated below:

Asheville Jet Charter and Management, INC.  *Via First Class Mail*
c/o Shelby Cleve Gazaway
397 N. Sam Houston Pkwy. E, S-210
Houston, Texas 77069

Liberty Jet Management Corp.  *Via First Class Mail*
c/o American Incorporators, LTD
1013 Centre Rd., Suite 403A
Wilmington, Delaware, 19805

/s/ Amie Augenstein
Amie Augenstein

3